JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNC SOFTWARE, LLC; | CASE NO.: 2:22−cv−04767−JVS−JEM |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| AEROSPARES FABRICATION, LLC; REYNALDO MAMARIL; AND DOES 1-10, | |
| Defendants. | |

The Court having read and considered the Motion for Default Judgment Against Defendants Aerospares Fabrication, LLC ("Aerospares") and Reynaldo Mamaril ("Mamaril") (collectively "Defendants") submitted by Plaintiff CNC Software, Inc. ("CNC" or "Plaintiff"), issued its Order dated January 11, 2023 (ECF No. 33), and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. CNC is the owner of the following valid and enforceable U.S. copyright registrations (collectively "Mastercam® software"):

   a. U.S. Copyright Registration number TX 000-740-3804 titled "Mastercam X5," issued on June 23, 2011;

   b. U.S. Copyright Registration number TXu 001-832-859 titled "Mastercam X6," issued on May 22, 2012;

   c. U.S. Copyright Registration number TX 000-792-3706 titled "Mastercam X7," issued on August 27, 2013;

   d. U.S. Copyright Registration number TX 000-805-1551 titled "Mastercam X8," issued on November 28, 2011;

   e. U.S. Copyright Registration number TX 000-811-8373 titled "Mastercam X9," issued on July 30, 2015;

   f. U.S. Copyright Registration number TX 000-847-5949 titled "Mastercam X10," issued on September 30, 2016;

   g. U.S. Copyright Registration number TX 000-856-1629 titled "Mastercam 2017," issued on February 23, 2016;

   h. U.S. Copyright Registration number TX 000-846-9597 titled "Mastercam 2018," issued on October 23, 2017;

   i. U.S. Copyright Registration number TXu 002-071-315 titled "Mastercam 2019," issued on November 1, 2017;

   j. U.S. Copyright Registration No. TXu 2-123-245 titled "MASTERCAM 2020 TECHNICAL PREVIEW," issued on

November 6, 2018;

  k. U.S. Copyright Registration No. TXu 2-175-258 titled "Mastercam 2021 Technical Preview" issued on October 18, 2019;

  l. U.S. Copyright Registration No. TX 8-996-742 titled "Mastercam 2022," issued on June 15, 2021

  m. U.S. Copyright Registration No. TX 9-048-616 titled "Mastercam 2023 Technical Preview," issued on November 17, 2021; and

  n. U.S. Copyright Registration No. TX 9-131-575 titled "Mastercam 2023," issued on May 26, 2022.

2. Defendants engaged in the illegal copying, distribution, and use of pirated Mastercam® software for numerous years and ignored CNC's numerous cease and desist demands.

3. Default Judgment is GRANTED and ENTERED against Defendant Aerospares as to Plaintiff's claims 1-14 as set forth in the Complaint, including its claim for willful copyright infringement of the Mastercam® software in violation of 17 U.S.C. § 501.

4. Defendant Aerospares, its officers, agents, servants, employees, representatives and all other persons, firms or corporations in active concert or participation with them are hereby enjoined, restrained, and prohibited from:

  a. reproducing, distributing, displaying, disseminating, transmitting, downloading, make available for download, distributing or otherwise using any software that is substantially similar to CNC's copyrighted MASTERCAM® software; and

  b. engaging in any other activity constituting an infringement of CNC's MASTERCAM® software copyrights;

5. The Court hereby orders seizure and impoundment and directs the United States Marshal or other law enforcement personnel to enter Defendant's business premises located at 15534 Minnesota Avenue, Paramount, California 90723, to make a

record of the software installed on the hard disk drives of all Aerospares's computers, servers, and removable hard drives; to conduct a limited search for CNC's software products located on such computers, servers, and hard drives and to uninstall and remove same. The audit procedure shall be designed to be minimally intrusive and to minimize any impact on Aerospares's legitimate business activities.

6. CNC is ordered to file its Motion for Actual Damages, Attorneys' Fees, and Interest on Judgment within thirty days of entry of this Order.

**IT IS SO ORDERED.**

Dated: FEBRUARY 13, 2023

_____
Honorable James V. Selna
United States District Judge