*WHEN RECORDED MAIL TO:*
Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
Tel: (310) 226-7878

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNC Software, LLC, <br><br> PLAINTIFF(S), <br> v. <br><br> Aerospares Fabrication LLC, and Reynaldo Mamaril <br><br> DEFENDANT(S). | **CASE NUMBER:** <br><br> CV 2:22-cv-04767-JVS(JEMx) <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on <u>February 13, 2023</u>
in favor of <u>CNC Software, LLC</u>
whose address is <u>671 OLD POST ROAD, TOLLAND, CT, 06084, United States</u>
and against <u>Aerospares Fabrication, LLC, and Reynaldo Mamaril</u>
whose last known address is <u>15534 Minnesota Avenue Paramount, CA 90723</u>
for $ <u>112,600</u>    Principal,   $ <u>3,846.07</u>    Interest,   $ <u>885.80</u>    Costs,
and $ <u>24,156.50</u>    Attorney Fees.

ATTESTED this <u>/9</u> day of <u>September</u>, 20<u>23</u>
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑  No stay of enforcement ordered by Court
☐  Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

<u>Aerospares Fabrication, LLC, and</u>

<u>Reynaldo Mamaril</u>

<u>15534 Minnesota Avenue Paramount, CA 90723</u>   By _____

CLERK, U.S. DISTRICT COURT

Deputy Clerk

*1149*

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*