UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: CV 22-4767-JVS(PDx)   Date: April 12, 2024
Title: CNC Software, LLC v. Aerospares Fabrication, LLC, et al.

Present: The Honorable **PATRICIA DONAHUE, U.S. MAGISTRATE JUDGE**

| Isabel Verduzco | Court Smart 04/12/24 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Judgment Creditor: | Present for Judgment Debtor: |
|---|---|
| Kirstin Jensvold-Rumage | None Present |

**Proceedings:   JUDGMENT DEBTOR EXAMINATION OF Reynaldo Mamaril and Aerospares Fabrication, LLC**

The Judgment Debtor Examination was scheduled for April 12, 2024, at 9:30 a.m. Counsel for the Judgment Creditor appeared. Court Reporter Alex Joko appear. Judgment Debtor Reynaldo Mamaril and Aerospares Fabrication, LLC, and counsel failed to appear.

Counsel for Judgment Creditor will file a writ of execution.

: 10
Initials of Preparer   iv